United States District Court Middle District of Florida Jacksonville Division. Federal Court, Courthouse

FILED
2012 APR 24 AM 11:42
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Anthony L. Cooper,
Injunctioner Petitioner,

vs.

GEO Group, Inc. &. Duval County Jail, Etc. Others, Respondents.

CASE NO. # 3:12-cv-459-J-99MMH-TEM

INJUNCTIVE INJUNCTIVE RELIEF. INJUNCTION Emergency Injunctive Relief Only.

GEO Group, Inc Pursuant to U.S. Fed. R. Civ. P. And Crim. P. 1, File This (Injunctive) Relief owners, & Petition and state that as Result of Civil-Claims Damages done. I Am Grievance and Have Been constantly daily Being [Retaliated] Retaliation Against) office and Harrassted, threating, Humiliated, Induced, Coerced, threats, etc. I, Request (copys) Mail to Further civil Rights Violations, etc. By The Following Names Identified Staff/Employees of The [GEO Group, Inc.] &. (1). Ray James Detention Facility, Hwy. 252. East/P.O. Box #2005. Folkston, GA 31537) 1). Corr. Officer, Mr. Edgeton, co-Job-Titled, &. 2). Corr. Officer Ms. Sabrina Clifton, Mailrm. Dept. Staff. &. 3). Lt.: Mr. Buie, 4). Capt.: Mr. Howell, Ms. Clark/Bookkeeping, Admin. Shift. &. Medical &. Business office staff. etc. & 5). Maintance mech. Employees, etc. Thereby, Serious Violations, of The following Rules of Conduct of Staff By Total (Intentionaly) Knownly [Violations] of By: (Tampering) with Air-[Conditions] System. And Turning (Off) Air [Conditions] System. And Turning on The Heat... As Harrasstments, Measures, etc., And (Intentionaly) Knownly. Doing such For (Exhausting) written up Grievances, process [process] [Exhaustation] And Retaliation, etc. And serious other [Violations] I, Further state that they Are Totaly operating This Facility (Illegaly) Unlawful, Based on The following Conditions, etc. As follows:

1, Further STATE that the [Food services Dept. catering, Co.] (Contracted) is (NOT) serving Each (meal) with (cake) cookies (deserts) pastrys, etc. Baked. Fresh period. And food-tray food servings are under! Daily Food-Allowance required meats servings, etc. per Washington, D.C. And the [Canteen operators] Keefe, Co. - etc. Are serving [Canteen-food products] in Excessive of (Daily) canteen products list Excessive (price). And (illegaly) overcharging costs, etc. And The Telephone-Co., System, Of tel. pho canteen-ph.- -Cards Are (inExcessive) Of price Range costs, etc. Overcharging And (thefting) money By overcosts paying For Tel. PH. Use, usages, etc. And Are (Refuseing) Failing Denying To Pastout/Issued. Grievances Forms, 2). Requests(ips, 3). Institutional - Forms, etc. For grievances processing(s), etc. The -MAIL-LADY) Sabrina Clifton, is leaking information Of Legal - process of Litigation / Criminal-civily of Any And All Inmates serious [Litigators] Attorneys / Client [Confidentiality] Breached, and security Failure & Negligent, etc. And The LT. Mr. Rojied, And The Capt.: Mr. Howell, Staff Are And is Differently (Failing) To do such. To (prevent) This Type of misconduct, actions, And The: Warden: K. Duboise. Of [GEO Group, INC. Jail] is Allowing such.

I, Further state that [GEO Group, Inc.] Capt.: MR. Howell, is (Housing) confining; 1). U.S. Federal Inmate(s) - 2). States Inmate(s) - 3). County, Inmates, etc.

All - Housed confined (Together) thereby, further Serious (Violations) of State and Federal Laws Rules Regulations of Governmental - Agents And The (owners) CEO's, etc. of [GEO Group, Inc.] Are Liable And negligent of such conditions, And we As Class-Inmates Request this [U.S. Federal Courthouse, JAX, FLA. 32202] NOW (move) To send And (notify) The Grievance [Coordinator] of The [GEO, Group, Inc.] & Attn: (owners) etc. & Insurance, Co. Investors, etc. For The [GEO Group, Inc.] AT Address: Michael Thurmond, Commissioner Labor Georgia Department of Labor Safety - Section. Suite #100. #1700 Century Circle. Atlanta, GA. 30345

I, Further state that CO. Edgeton, etc. & The Capt.; MR. Howell, & The LT.; MR. Buie of The [GEO Group, Inc.] Allowed me To Be [Assaulted Battary] By The CO.- MR. Edgeton, & (Capt.) on date alleged.

During Between Week DATE of (APRIL 16, 2012. thru- APRIL 19, 2012.) dates. And ALSO The (Contracted) Agents of (Medical Clinic offices of Summitt, - Hospt. Clinic, Cambden, County GA. (Docters) &, Nurses, Staff &. Capt. &. U.S. Fed. Marshalls, JAX, FLA. did so (illegaly) unLawfully. (Attempted) threating my Life. And Tried [INTemidate] Forced, Force, (Coerced) Induced Intice me To Allow them cut-off [cemutt cast] off of my Right (Broken) &. (Fractured arm.) That was (X-Rayed) Recently on the date of 4/18/12. AT (Summit medical center, state of GA.) By (X-Rayed Tech.) Whom! [X-Ray-films photos] did So Showed "STILL" (Broken Fractured) Bones in Right arm. The (Docter) Physician (Falsely) Lied And (Frabracated) False (Lie) Story To me that my (ARM) is Healing IN Attempt to Avoid (Refuse)

(Failure) to pay (costs) of operation & surgery to fixed (repair) such (broken fractured right arm bones) that he (showed) me [X-RAY-PHOTO FILMS] (Evidence) on date [4-18-12] Proof. At (Summitt office) State of GA. And stated that [U.S. Marshalls] Are (NOT) going to pay costs expenses of (Surgery) operation. [Conclusion.]

Now the [GEO-GROUP, INC.] Staff are asking me And harrassting. me daily constantly to let them take (off) my cement [CAST] off my right arm. Knownly that it's still [Broken fractured permanent]

I, further State That My Attorney public Defender LISA CALL, Esq. VISIT me on date of (Monday), 4-16-2012. And (Attempt) And did so [Conspired] With the [Government prosecutor] FRANK TALBOT, Esq. TO Have me EXAmine (psyciatrically) And psyciatric [Examine] second No. #2 oppenion other than Dr. Bloomfield, M.D. FIRST psyciatric (EXAmine) STAteing & (Diagnose) That I AM perinode Szyzyfrenic - psycotic features (Sucidle) Tendencys, Extreme (Sucide) And mentaly-ill Totaly [Mentaly-incompetent] And And [cannot] STANd TRiAL. or No! Type TRIAL [proceedings] Then they have And gov. (mental) officials. Setup And A, (Conspiracy) PLOT. With the Dr. Mr. HowArd, M.D. psyciatrist TO Have me Declared (Competent) To Stand TRiAL AS of 4-16-12. date.

As He WAS (Either) Payed A, Sum of (money) To do so or Say so And/or Promissed Some Type of Compensation Award TO (FALSIFY) Lied on [Doctors medical-report] Records until I, Refused (Fail) (Refused) Denied TO (See) Him DR. Howard on 4-16-12. Date. (See) Evidence proof. And the [U.S. Fed. Marshalls] Employee MR. AUTO of U.S. Fed. Court Dist. Court Bldg. / 300 N. Hog An ST. Ste. 9/5c Jax, FLA. 32202. Witness Such on 4/16/12. date. of Refusal. And I, Refused to signed Documents of Agreement of Examination, etc., Tests, etc.

I, therefore, Request for (Copys) COPIES of this Injunction Relief Emergency Relief And Any (Restraing) order Restraing Refraining Staff Any

ALL STAFF TO HAULT And Stop! Such [misconduct] OR INJUNCTION (FINES) And Court costs And (Jailing) Incarceration [Courtardess] To Allow

Injunctioner petitioner To put place Criminal Charges on Each Name Staff For Such misconduct Actions Stated And Displayed Herein- & Aforementioned After (Copys) Be (Sent)

(Faxed) in Cooper vs. U.S. America Fed, Case No. 3:11-CR-221-JTB. And (Appeal) Be filed If Denied I, move To Appeal such (See) Attached Notice of Appeal.

Respectfully Submitted By: /S/ [signature]

Mr. Anthony L. Cooper Victim (Injunctioner) Petitioner Counsel Jail # 56380018 D, Ray James Detention Facility HWY. # 252. East / P.O. Box # 2005. Folkston, GA. 31357. & (Attorney Paralegal For Petitioner)

List of Witness!
1) My-Rm. Cellmate. of Rm. # 120.
D. R.J.D.F. 4/23/12.

Dated this 23rd day of April, 2012.



# D. Ray James Detention Facility
# Grievance Form

| Informal | (Formal) | Appeal |

(Circle one)

Log Number _____
Date Received _____

Detainee Name: Anthony L. Cooper      ID No.: 56380018

Housing Location: Pod #2   Today's Date: 4/22/12   Date of occurrence: April, 2012

Detainee Signature: X _____   Date: April, 2012

**Grievance** - Briefly state your grievance and desired outcome*:

I, file this grievance and state the following Incidents in the petition for Injunction have been (Refused) failed to be Addressed. And failed to be or have Action Taken and Addressed.

*If your response does not fit in the space provided, you may continue on the back of this form or include a one-page attachment.

**DRJDF Response**

_____
_____
_____
_____
_____
_____
_____

Response by: _____   Date: _____
Print staff name, position or title